AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 545 - Smuggling

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years Imprisonment; 3 years supervised release; $250,000 FINE

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
NICK PHUNG (aka MAI THI PHUNG)

**DISTRICT COURT NUMBER**
CR08-0204

FILED MAR 28 2008

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Fish and Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  MAUREEN C. BESSETTE

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

E-filing

FILED
2008 MAR 28 PM 3:53
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0204 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 545 - Smuggling |
| v. | |
| NICKI PHUNG aka MAI THI PHUNG, | OAKLAND VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

## BACKGROUND

At all times material to this Information, and incorporated by reference in all counts:

1. Defendant NICKI PHUNG aka MAI THI PHUNG has been a resident of Hercules, California from at least September 2004 to the present.

2. **CITES.** Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty created to protect certain species of fish and wildlife against over-exploitation. Appendix I of CITES lists wildlife species which are threatened with extinction and for which trade must be subject to particularly strict regulation and only authorized in exceptional circumstances. CITES, Art. II, § 1.

INFORMATION

3. The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting international trade of these species unless certain permits are first obtained and presented. The United States and Vietnam have been members of CITES since 1975 and 1994, respectively.

4. Importation of CITES Appendix I species require that both the exporting and importing countries issue CITES permits for an importation. CITES provides an exception to this requirement when the exporting country issues a CITES document certifying that the exported species was artificially propagated/bred in captivity or was acquired prior to the date of the CITES listing.

5. **The Endangered Species Act.** The Endangered Species Act ("ESA") implements the provisions of CITES and prohibits any person from engaging "in trade of any species contrary to the provisions of [CITES], or to possess any specimens traded contrary to the provisions of [CITES] . . . ." 16 U.S.C. § 1538(c)(1).

6. The ESA prohibits, except as permitted by regulation, the take, import or export of any endangered or threatened species. Additionally, the ESA and the implementing regulations found in 50 C.F.R. Part 23 prohibit the importation or exportation of wildlife and their parts, listed on Appendix I in the CITES without first obtaining the proper permits. Under the ESA, 16 U.S.C. § 1538(c), it is a misdemeanor for any person subject to the jurisdiction of the United States to engage in any trade in, or to possess, any specimens contrary to the provisions of CITES.

7. The ESA requires that a wildlife declaration be filled in, declaring the importation of all wildlife. 16 U.S.C. § 1538(e).

8. **Tigers.** Tigers (*Panthera tigris*) have been listed on Appendix I of CITES since July 1, 1975. 50 C.F.R. § 23.23 and have been listed as an endangered species under 50 C.F.R. 17.11 since June 2, 1970. 35 Fed. Reg. 8491 (Jun. 2, 1970).

9. Neither defendant NICKI PHUNG aka MAI THI PHUNG nor any other person obtained permits to export and import the mounted tiger, shipped from Vietnam to San Francisco, California on or about December 4, 2007. Neither defendant PHUNG nor any other person filed

INFORMATION

1. a declaration form declaring the tiger importation.

COUNT ONE: (18 U.S.C. § 545 -- Smuggling)

10. On or about December 4, 2007, in the Northern District of California, defendant

NICKI PHUNG aka MAI THI PHUNG,

did fraudulently and knowingly import and bring into the United States merchandise, that is, a mounted tiger (*Panthera tigris*), contrary to law, specifically Title 16, United States Code, Sections 1538(a)(1)(A), 1538(c)(1) and 1538(e), Title 19, Code of Federal Regulations, Section 145.11, and Title 50, Code of Federal Regulations, Section 14.61, all in violation of Title 18, United States Code, Section 545.

DATED: MARCH 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

DOUGLAS SPRAGUE
Chief, Oakand Division

(Approved as to form: _____)
AUSA Bessette

INFORMATION