

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*       (510) 637-3680
*Oakland, California 94612-5217*     FAX.(510) 637-3724

March 28, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

    Re: <u>United States v. Nicki Phung</u>, CR08-004DLJ
       <u>United States v. Steven Tieu</u>, CR08-00203WDB

Dear Honorable Judge Brazil:

    Enclosed please find two related informations. The parties request that both of these matters be placed on your calendar on April 3, 2008, at 10 a.m., for arraignment. The defendants are out of custody and do not need the assistance of an interpreter.

                                Very truly yours,

                                JOSEPH P. RUSSONIELLO
                              United States Attorney

By: _____
                              MAUREEN C. BESSETTE
                              Assistant U.S. Attorney

Enclosure
cc. Jeoffrey Rotwein, Esq.
    Stewart Hanlon, Esq.

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 545 - Smuggling

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 years Imprisonment; 3 years supervised release; $250,000 FINE

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ NICK PHUNG (aka MAI THI PHUNG)

DISTRICT COURT NUMBER
**CR08-0204**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Fish and Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  MAUREEN C. BESSETTE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

E-filing

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

MAR 28 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-0204 |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 545 - Smuggling |
| v. ) | |
| NICKI PHUNG aka MAI THI PHUNG, ) | OAKLAND VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

BACKGROUND

At all times material to this Information, and incorporated by reference in all counts:

1. Defendant NICKI PHUNG aka MAI THI PHUNG has been a resident of Hercules, California from at least September 2004 to the present.

2. **CITES.** Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty created to protect certain species of fish and wildlife against over-exploitation. Appendix I of CITES lists wildlife species which are threatened with extinction and for which trade must be subject to particularly strict regulation and only authorized in exceptional circumstances. CITES, Art. II, § 1.

INFORMATION

3. The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting international trade of these species unless certain permits are first obtained and presented. The United States and Vietnam have been members of CITES since 1975 and 1994, respectively.

4. Importation of CITES Appendix I species require that both the exporting and importing countries issue CITES permits for an importation. CITES provides an exception to this requirement when the exporting country issues a CITES document certifying that the exported species was artificially propagated/bred in captivity or was acquired prior to the date of the CITES listing.

5. **The Endangered Species Act.** The Endangered Species Act ("ESA") implements the provisions of CITES and prohibits any person from engaging "in trade of any species contrary to the provisions of [CITES], or to possess any specimens traded contrary to the provisions of [CITES] . . . ." 16 U.S.C. § 1538(c)(1).

6. The ESA prohibits, except as permitted by regulation, the take, import or export of any endangered or threatened species. Additionally, the ESA and the implementing regulations found in 50 C.F.R. Part 23 prohibit the importation or exportation of wildlife and their parts, listed on Appendix I in the CITES without first obtaining the proper permits. Under the ESA, 16 U.S.C. § 1538(c), it is a misdemeanor for any person subject to the jurisdiction of the United States to engage in any trade in, or to possess, any specimens contrary to the provisions of CITES.

7. The ESA requires that a wildlife declaration be filled in, declaring the importation of all wildlife. 16 U.S.C. § 1538(e).

8. **Tigers.** Tigers (*Panthera tigris*) have been listed on Appendix I of CITES since July 1, 1975. 50 C.F.R. § 23.23 and have been listed as an endangered species under 50 C.F.R. 17.11 since June 2, 1970. 35 Fed. Reg. 8491 (Jun. 2, 1970).

9. Neither defendant NICKI PHUNG aka MAI THI PHUNG nor any other person obtained permits to export and import the mounted tiger, shipped from Vietnam to San Francisco, California on or about December 4, 2007. Neither defendant PHUNG nor any other person filed

INFORMATION

1  a declaration form declaring the tiger importation.

2  COUNT ONE: (18 U.S.C. § 545 -- Smuggling)

3     10. On or about December 4, 2007, in the Northern District of California, defendant

4                      NICKI PHUNG aka MAI THI PHUNG,

5  did fraudulently and knowingly import and bring into the United States merchandise, that is, a

6  mounted tiger (*Panthera tigris*), contrary to law, specifically Title 16, United States Code,

7  Sections 1538(a)(1)(A), 1538(c)(1) and 1538(e), Title 19, Code of Federal Regulations, Section

8  145.11, and Title 50, Code of Federal Regulations, Section 14.61, all in violation of Title 18,

9  United States Code, Section 545.

11  DATED: MARCH 28, 2008          JOSEPH P. RUSSONIELLO  
                                          United States Attorney

                                          W. DOUGLAS SPRAGUE  
                                          Chief, Oakland Division

(Approved as to form: /s/ ) AUSA Bessette

INFORMATION

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

16 USC §§ 1538(a)(1) and 1540(b)(1) - Endangered Species Act (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; 1 year supervised release; $100,000 fine and $25 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S ---
▶ STEVEN TIEU (aka COUNG TIEU)

DISTRICT COURT NUMBER
CR08-0203 WDB

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Fish and Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MAUREEN C. BESSETTE

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN TIEU aka COUNG TIEU,<br><br>Defendant. | No. CR08-0203 WDB<br><br>VIOLATION: 16 U.S.C. §§ 1538(a)(1) and 1540 (b)(1) - Endangered Species Act<br><br>Class A Misdemeanor<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

BACKGROUND

At all times material to this Information, and incorporated by reference in all counts:

1. Defendant STEVEN TIEU aka COUNG TIEU has been a resident of Hercules, California from at least September 2004 to the present.

2. **CITES.** Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty created to protect certain species of fish and wildlife against over-exploitation. Appendix I of CITES lists wildlife species which are threatened with extinction and for which trade must be subject to particularly strict regulation and only authorized in exceptional circumstances. CITES, Art. II, § 1.

INFORMATION

3. The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting international trade of these species unless certain permits are first obtained and presented. The United States and Vietnam have been members of CITES since 1975 and 1994, respectively.

4. Importation of CITES Appendix I species require that both the exporting and importing countries issue CITES permits for an importation. CITES provides an exception to this requirement when the exporting country issues a CITES document certifying that the exported species was artificially propagated/bred in captivity or was acquired prior to the date of the CITES listing.

5. **The Endangered Species Act.** The Endangered Species Act ("ESA") implements the provisions of CITES and prohibits any person from engaging "in trade of any species contrary to the provisions of [CITES], or to possess any specimens traded contrary to the provisions of [CITES] . . . ." 16 U.S.C. § 1538(c)(1).

6. The ESA prohibits, except as permitted by regulation, the take, import or export of any endangered or threatened species. Additionally, the ESA and the implementing regulations found in 50 C.F.R. Part 23 prohibit the importation or exportation of wildlife and their parts, listed on Appendix I in the CITES without first obtaining the proper permits. Under the ESA, 16 U.S.C. § 1538(c), it is a misdemeanor for any person subject to the jurisdiction of the United States to engage in any trade in, or to possess, any specimens contrary to the provisions of CITES.

7. The ESA requires that a wildlife declaration be filled in, declaring the importation of all wildlife. 16 U.S.C. § 1538(e).

8. **Tigers.** Tigers (*Panthera tigris*) have been listed on Appendix I of CITES since July 1, 1975. 50 C.F.R. § 23.23 and have been listed as an endangered species under 50 C.F.R. 17.11 since June 2, 1970. 35 Fed. Reg. 8491 (Jun. 2, 1970).

9. Neither defendant STEVEN TIEU aka COUNG TIEU, nor any other person obtained permits to export and import the mounted tiger, shipped from Vietnam to San Francisco, California on or about December 4, 2007. Neither defendant TIEU nor any other person filed a

INFORMATION

1  declaration form declaring the tiger importation.

2  COUNT ONE: (16 U.S.C. §§ 1538(c)(1), 1540(b)(1)-- Endangered Species Act)

3     10. On or about and between December 1, 2007 and December 4, 2007, both dates being
4  approximate and inclusive, in the Northern District of California and elsewhere, defendant
5                             STEVEN TIEU aka COUNG TIEU,
6  did knowingly engage in the trade of specimens of wildlife, that is the species *Panthera tigris*,
7  commonly known as tiger, an endangered species listed on Appendix I of the CITES, contrary to
8  the provisions of CITES, in that defendant imported a real mounted tiger, from Vietnam, through
9  San Francisco, California, en route to 118 Agate Way, Hercules, California, without an export
10 permit from Vietnam and without an import permit from the United States, all in violation of
11 Title 16, United States Code, Sections 1538(c)(1) and 1540(b)(1).

13 DATED: MARCH 28, 2008         JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                         DOUGLAS SPRAGUE
                                         Chief, Oakland Division

17 (Approved as to form: _____)
18                AUSA Bessette

INFORMATION