AO 257 (Rev. 6/78)


E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

16 U.S.C. §§ 3372(a) and 3373(d)(1)(A) - Lacey Act

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  5 years Imprisonment; 3 years supervised release; $250,000 FINE

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───

▶ NICK PHUNG (aka MAI THI PHUNG)

DISTRICT COURT NUMBER
CR-08-0204 DLJ

FILED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Fish and Wildlife Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   MAUREEN C. BESSETTE

─── DEFENDANT ───

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0204 DLJ |
| Plaintiff, | VIOLATIONS: 16 U.S.C. §§ 3372(a), 3373(d)(1)(A) |
| v. | |
| NICKI PHUNG aka MAI THI PHUNG, | OAKLAND VENUE |
| Defendant. | |

SUPERSEDING INFORMATION

The United States Attorney charges:

BACKGROUND

At all times material to this Superseding Information, and incorporated by reference in all counts:

1. Defendant NICKI PHUNG aka MAI THI PHUNG has been a resident of Hercules, California from at least September 2004 to the present.

2. **CITES.** Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES") is an international treaty created to protect certain species of fish and wildlife against over-exploitation. Appendix I of CITES lists wildlife species which are threatened with extinction and for which trade must be subject to particularly strict regulation and only authorized in exceptional circumstances. CITES, Art. II, § 1.

SUPERSEDING INFORMATION

3. The nations which are members of CITES have agreed to monitor and regulate trade in Appendix I and II species by prohibiting international trade of these species unless certain permits are first obtained and presented. The United States and Vietnam have been members of CITES since 1975 and 1994, respectively.

4. Importation of CITES Appendix I species require that both the exporting and importing countries issue CITES permits for an importation. CITES provides an exception to this requirement when the exporting country issues a CITES document certifying that the exported species was artificially propagated/bred in captivity or was acquired prior to the date of the CITES listing.

5. **The Lacey Act.** The Lacey Act prohibits any person from importing or exporting any fish or wildlife or plant taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States. 16 U.S.C. § 3372(a)(1). The Lacey Act prohibits any person from importing, exporting, transporting, receiving, acquiring, or purchasing in interstate or foreign commerce any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State or in violation of any foreign law. 16 U.S.C. § 3372(a)((2).

6. **Tigers.** Tigers (*Panthera tigris*) have been listed on Appendix I of CITES since July 1, 1975. 50 C.F.R. § 23.23 and have been listed as an endangered species under 50 C.F.R. 17.11 since June 2, 1970. 35 Fed. Reg. 8491 (Jun. 2, 1970).

7. Neither defendant NICKI PHUNG aka MAI THI PHUNG nor any other person obtained permits to export and import the mounted tiger, shipped from Vietnam to San Francisco, California on or about December 4, 2007. Neither defendant PHUNG nor any other person filed a declaration form declaring the tiger importation.

COUNT ONE: (16 U.S.C. §§ 3372(a), 3373(d)(1)(A) -- Lacey Act)

8. On or about December 4, 2007, in the Northern District of California, defendant

NICKI PHUNG aka MAI THI PHUNG,

did knowingly import and bring into the United States a mounted tiger (*Panthera tigris*), an endangered species listed on Appendix I of CITES, without a permit in violation of the laws of Vietnam and the United States, all in violation of Title 16, United States Code, Sections 3372(a),

SUPERSEDING INFORMATION

1 | 3373(d)(1)(A).
2 |
3 | DATED: April 2, 2008          JOSEPH P. RUSSONIELLO
4 |                                United States Attorney
5 |
6 |                                DOUGLAS SPRAGUE
                                   Chief, Oakand Division
7 |
8 | (Approved as to form: _____
                            AUSA Bessette
9 |
10 |
...
28 |

SUPERSEDING INFORMATION