AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

APR 3 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

DISTRICT OF ———————

UNITED STATES OF AMERICA

v.

*Nicki Phung*

**WAIVER OF INDICTMENT**

CASE NUMBER: *CR 08 - 0204 DLJ*

I, *Nicki Phung* , the above named defendant, who is accused of

*Violation of Title 16, U.S.C. Sec. 3372(a), 3373(d)(1)(A)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

*4/3/08*
———————————
Date

prosecution by indictment and consent that the proceeding may be by information

rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ *4-3-08*
Judicial Officer