```
 1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
    400 Montgomery Street, Second Floor
 2  San Francisco, California  94104
    Facsimile: (415) 397-0862
 3  Telephone: (4l5) 397-0860

 4  Attorney for Defendant
    NICKI PHUNG aka MAI THI PHUNG
 5
 6
 7
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No.  CR 09-0204 DJL |
| 11 | Plaintiff, ) | **ORDER ADVANCING HEARING ON PLEA AND COUNSEL** |
| 12 | vs. ) | DATE: April 16, 2008 |
| 13 | NICKI PHUNG aka MAI THI PHUNG, ) | TIME:  11:00 a.m. |
|    |   ) | DEPT:  Courtroom 1, 4th Floor |
| 14 | Defendant. ) | |

15

16     Pursuant to the Stipulation by and between the parties set forth below:

17     IT IS HEREBY ORDERED that the hearing currently set for April 18, 2008, for

18  plea and counsel, is advanced to Wednesday, April 16, 2008, at 11:00 a.m., in Courtroom

19  1 on the 4th Floor.

20  DATED: April __, 2008
                                          _____
                                          JUDGE OF THE FEDERAL DISTRICT
21                                        COURT

22  SO STIPULATED:

23  DATED: April 10, 2008              JOSEPH P. RUSSONIELLO
                                        United States Attorney
24
                                        By:/s/ Maureen C. Bessette
25                                         MAUREEN C. BESSETTE
                                           Assistant United States Attorney
26
                                         /s/ Geoffrey Rotwein
27                                       GEOFFREY ROTWEIN
                                         Attorney for Defendant
28                                       NICKI PHUNG aka MAI THI PHUNG

---

**ORDER ADVANCING HEARING ON PLEA AND COUNSEL**
**CR-08-0204 DLJ**