1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   NICKI PHUNG aka MAI THI PHUNG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ~~CR 09-0204 DJL~~ CR-08-00204-DLJ |
| Plaintiff, | **ORDER ADVANCING HEARING ON PLEA AND COUNSEL** |
| vs. | DATE: April 16, 2008 |
| NICKI PHUNG aka MAI THI PHUNG, | TIME:  11:00 a.m. |
| Defendant. | DEPT:  Courtroom 1, 4th Floor |

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the hearing currently set for April 18, 2008, for plea and counsel, is advanced to Wednesday, April 16, 2008, at 11:00 a.m., in Courtroom 1 on the 4th Floor.

DATED:  April 10, 2008

_____
JUDGE OF THE FEDERAL DISTRICT COURT

SO STIPULATED:

DATED:  April 10, 2008         JOSEPH P. RUSSONIELLO
                               United States Attorney

                               By:/s/ Maureen C. Bessette
                                  MAUREEN C. BESSETTE
                                  Assistant United States Attorney

                                /s/ Geoffrey Rotwein
                               GEOFFREY ROTWEIN
                               Attorney for Defendant
                               NICKI PHUNG aka MAI THI PHUNG

**ORDER ADVANCING HEARING ON PLEA AND COUNSEL**
CR-08-0204 DLJ