**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/16/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States                                                            [Time: 11:05am-11:15am]

**v.**                                                                                         **No.** CR-08-00204-DLJ

**Defendant:** Nicki Phung aka Mai Thi Phung [present; not in custody]

**Appearances for AUSA:** Maureen Bessette

**Appearances for Defendant:** Geoffrey Rotwein

**Interpreter:** <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**                        **Ruling:**

CHANGE OF PLEA                                    -HELD
   Guilty Plea to Count One of the Superseding Information. Plea is with consent of counsel.
    Plea is accepted and entered.

**Notes:**

**Case Continued to**                    for

**Case Continued to:**   7/25/08 at 10:00AM          for  SENTENCING
**Case Continued to:**            for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                             for Pretrial Conference
**Case Continued to**           for               Trial

**Excludable Delay: Category: Begins:**          **Ends:**

COPY TO PROBATION