**FILED**

APR 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-08-00204-01-DLJ
Defendant's Name: NICKI PHUNG aka Mai Thi Phung
Defendant's Counsel: Geoffrey Rotwein
Due Date: 7/25/08 AT 10AM
Courtroom: 1    Floor: 4th

~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~

**The Court has directed that a:**

_____XX_____ Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone, Deputy Clerk

Dated: 4/16/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____