1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   NICKI PHUNG aka MAI THI PHUNG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0204 DJL |
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING** |
| vs. | ) | |
| NICKI PHUNG aka MAI THI PHUNG, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the sentencing hearing currently set for July 25, 2008, is advanced to August 8, 2008, at 10:00 a.m., in Courtroom 1 on the 4th Floor, of the above-entitled Court.

DATED: July __, 2008

_____
JUDGE OF THE FEDERAL DISTRICT COURT

SO STIPULATED:

DATED:  July 15, 2008         JOSEPH P. RUSSONIELLO
                              United States Attorney

                              By:/s/ Maureen C. Bessette
                                 MAUREEN C. BESSETTE
                                 Assistant United States Attorney

                               /s/ Geoffrey Rotwein
                                 GEOFFREY ROTWEIN
                                 Attorney for Defendant
                                 NICKI PHUNG aka MAI THI PHUNG

**ORDER CONTINUING SENTENCING HEARING**
**CR-08-0204 DLJ**