GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
400 Montgomery Street, Second Floor
San Francisco, California  94104
Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860

Attorney for Defendant
NICKI PHUNG aka MAI THI PHUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR 08-0204 DLJ |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING SENTENCING** |
| vs. | ) | |
| NICKI PHUNG aka MAI THI PHUNG, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the sentencing hearing currently set for July 25, 2008, is advanced to August 8, 2008, at 10:00 a.m., in Courtroom 1 on the 4th Floor, of the above-entitled Court.

DATED: July 21, 2008

_____
JUDGE OF THE FEDERAL DISTRICT COURT

SO STIPULATED:

DATED:  July 15, 2008           JOSEPH P. RUSSONIELLO
                                United States Attorney

                            By:/s/ Maureen C. Bessette
                                MAUREEN C. BESSETTE
                                Assistant United States Attorney

                                 /s/ Geoffrey Rotwein
                                GEOFFREY ROTWEIN
                                Attorney for Defendant
                                NICKI PHUNG aka MAI THI PHUNG

ORDER CONTINUING SENTENCING HEARING
CR-08-0204 DLJ