JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Telefax:   (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> NICKI PHUNG, <br>     Defendant. | No. CR08-0204 DLJ <br><br> U.S. SENTENCING MEMORANDUM <br><br> Date: August 8, 2008 <br> Time: 10:00 a.m. <br> Courtroom #1 <br> The Honorable D. Lowell Jensen |

## I. INTRODUCTION

### A. Indictment and Guilty Plea

On April 16, 2008, Nicki Phung ("Phung") pled guilty to violating the Lacey Act, 16 U.S.C. §§ 3372(a), 3373(d)(1)(A), for importing a full mounted stuffed tiger into the United States in early December 2007. Plea Agreement ¶ 2. Phung admitted that the tiger was shipped from Ho Chi Minh City, Vietnam, through San Francisco Airport, to her residence in Hercules, California and was falsely manifested as a "STUFFED TOY (1 SET)." *Id.* Phung admitted that neither she nor anyone else had obtained an export permit from Vietnam or an import permit from the United States Fish & Wildlife Service. *Id.*

**B. U.S. Sentencing Guidelines**

The defendant's guidelines are calculated as follows:

| | | |
|---|---|---|
| Base Offense Level: | 6 | USSG § 2Q2.1(a) |
| Specific Offense Characteristics: | +4 | (USSG § 2Q2.1(b)(3)(A)(ii)(market value exceeded $10,000) or (b)(3)(B)(ii) and (iii) (listed as endangered under the ESA and listed on Appendix I, CITES) |
| Acceptance | -2 | Acceptance of responsibility (USSG § 3E1.1) |
| **Total** | **8** | |

A Total Offense Level of **8**, with a Criminal History I, results in a sentencing range of 0 to 6 months.[1] The parties jointly recommend that defendant serve 6 months in home detention, with electronic monitoring and pay restitution in the amount of $5,000 to "PANTHERA, a 501(c)(3) non-profit organization that protects the world's 36 species of wild cats and the habitats upon which they depend by collaborating with, supporting and fostering the world's leading wild felid conservationists in conducting rigorous scientific research; planning and implementing conservation actions; and working with local, national and international stakeholders to advance wild cat conservation because large, contiguous populations of wild cats are important indicators of intact functioning ecosystems, and that the focused protection of wild cats furthers the conservation of a large number of other species present in those ecosystems.

## II. CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court find offense level **8** applicable to defendant and requests that the Court sentence

///

///

---

[1] In the plea agreement, the parties inaccurately included +4 for USSG § 2Q2.1(b)(3)(A)(ii) (market value of the tiger exceeded $10,000) **and** +4 for USSG § 2Q2.1(b)(3)(B)(ii) and (iii) (tiger is listed as endangered under the ESA and listed on Appendix I of CITES). *See* Plea Agreement, p.3, ¶ 7. The Guidelines specifically state that the greater of 2Q2.1(b)(3)(A) or 2Q2.1(b)(3)(B) applies and therefore only one of these enhancements applies. *See* 2Q2.1(b)(3) ("If more than one applies, use the greater").

U.S. Sentencing Memorandum                2

defendant to 6 months home detention and $5,000 in restitution to Panthera.

DATED: July 24, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MAUREEN C. BESSETTE
Assistant United States Attorney