```
1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   NICKI PHUNG aka MAI THI PHUNG
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0204 DJL |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. | DATE: August 8, 2008 |
| NICKI PHUNG aka MAI THI PHUNG, | TIME:  10:00 a.m. |
| Defendant. | CRTM: 1; Hon. D. Lowell Jensen |

## I.

## INTRODUCTION

Defendant agrees with the procedural history set forth by the government in their Sentencing Memorandum on page 1.  Defendant also agrees with their Guidelines Calculations on page 2 of the Memorandum.

Defendant has no objections to any provisions in the Probation Department presentence Report dated July 15, 2008, and agrees with the evaluation of defendant therein.

Defendant has no prior contacts with the criminal justice systems, state or federal, nor any history of narcotic, alcohol, violence or any other criminal problems, and she has readily admitted her involvement in the instant offense.  She had nothing to do with ordering or paying for the tiger from Vietnam, and she became involved after the tiger was enroute to California when she was requested to allow use of her name and address for delivery.

She has shown remorse for her conduct and given her background, employment

1  history, education and familial and social contacts, it is highly unlikely that she will engage
2  in any criminal conduct in the future and that this matter has amply impressed her with the
3  seriousness of her conduct.

## II.

## CONCLUSION

Defendant agrees with the government that an Offense Level 8 is appropriate, with a Criminal History Category I, and that she receive six months of home detention with restitution of $5,000.

DATED: July 29, 2008            Respectfully submitted:

  /s/ Geoffrey Rotwein
GEOFFREY ROTWEIN
Attorney for Defendant
NICKI PHUNG aka MAI THI PHUNG