10AM    10:22 AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: 8/8/08

Case No: CR-08-00204-DLJ    Judge: D. Lowell

Reporter: RAYNEE MERCADO    Clerk: Frances Stone

**FILED**
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Defendant(s):    Defense Counsel:

NICKI PHUNG    Present? Y    In Custody? N    GEOFFREY ROTWEIN
(AKA MAI THI PHUNG)

US Attorney: MAUREEN BESSETTE
Interpreter:
US Probation Officer: CONNIE COOK

Reason for Hearing: SENTENCING

Ruling: - HELD

COUNT 1 - DEF PLACED ON PROBATION FOR 3 YEARS. DEF PLACED ON HOME DETENTION 6 MONTHS AS DIRECTED BY THE PROBATION OFFICER. COURT ORDERS RESTITUTION IN THE AMOUNT OF $5,000 TO PANTHERA ORGANIZATION WHICH IS DUE IMMEDIATELY. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
    Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial
Excludable Delay: Category: _____ Begins: _____ Ends: _____