08/18/2008 01:43 PM EST

Oakland

## Case Debt Type Payment Report
## U.S. Courts

Version 7.0.1

**FILED**
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 001 | NICKI PHUNG | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611002502 | 1 | PR | 100.00 | 08/14/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

Case No. DCAN408CR000204

$ 100.00 SPECIAL ASSESSMENT on 8/14/08
PAID IN FULL

Page 1 of 1