GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
400 Montgomery Street, Second Floor
San Francisco, California  94104
Facsimile: (415) 397-0862
Telephone: (4l5) 397-0860

Attorney for Defendant
NICKI PHUNG aka MAI THI PHUNG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 08-0204 ~~DJL~~ DLJ |
| Plaintiff, | **ORDER PURSUANT TO STIPULATION TERMINATING HOME DETENTION CONDITION OF PROBATION** |
| vs. | |
| NICKI PHUNG aka MAI THI PHUNG, | |
| Defendant. | |

Pursuant to the Stipulation by and between the parties set forth below:

IT IS HEREBY ORDERED that the condition of probation requiring that defendant Nicki Phung serve six months under home detention is hereby modified and reduced to three months.

DATED: December 19, 2008

_____
JUDGE OF THE FEDERAL DISTRICT COURT
D. Lowell Jensen

SO STIPULATED:

DATED:  December 18, 2008         JOSEPH P. RUSSONIELLO
                                  United States Attorney

                              By:*/s/ Maureen C. Bessette*
                                  MAUREEN C. BESSETTE
                                  Assistant United States Attorney

                                  */s/ Geoffrey Rotwein*
                                  GEOFFREY ROTWEIN
                                  Attorney for Defendant
                                  NICKI PHUNG aka MAI THI PHUNG

ORDER MODIFYING CONDITIONS OF PROBATION
TERMINATING HOME DETENTION
CR-08-0204 DLJ